UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | | |
|---|---|---|
| CAMPANELLA D'ANGELO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CV618-103 |
| | ) | |
| JUDGE MICHAEL T. MULDREW, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the

Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly,

the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 7th day of _August_, 2019.

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA